# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNE MAJOCHA, | : | |
| Plaintiff, | : | Case No.: 3:16 cv 00742 (VLB) |
| VS. | : | |
| EVERSOURCE ENERGY, formerly known as NORTHEAST UTILITIES SERVICE COMPANY, | : | |
| Defendant. | : | August 21, 2017 |

## PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

I.   INTRODUCTION……………………………………………………………….. 1

II.  STATEMENT OF CASE ………………………………………………………. 1

III. STATEMENT OF FACTS ……………………………………………………… 1

IV.  LAW AND ARGUMENT …………………………………………………….. 16

    A.  Summary Judgment Standard………………………………………… 16

    B.  Three (3) Year Statute of Limitations Applies……………… 17

    C.  Proving FMLA Retaliation……………………………………….. 18

    D.  McDonnell Douglas Framework………………………………… 19

    E.  Plaintiff Exercised FMLA Rights………………………………… 20

    F.  Plaintiff was Qualified for the Job……………………………… 20

    G.  Adverse Employment Action…………………………………….. 20

|   |   |   |   |
|---|---|---|---|
| | H. | Adverse Employment Action Occurred Under Circumstances Giving Rise to an Inference of Retaliatory Intent……………………………………………….. | 20 |
| | I. | Defendant's Excuse…………………………………………….. | 22 |
| | J. | Pretext Evidence……………………………………………….. | 23 |
| | | 1. Positive Job Performance Review……………………. | 23 |
| | | 2. Mischaracterization of Plaintiff's Performance …… | 24 |
| | | 3. Timing………………………………………………………… | 24 |
| | | 4. No Performance Improvement Plan………………….. | 25 |
| | | 5. Assigning Plaintiff Work Outside the Scope of Her Job Duties and Responsibilities…………………. | 26 |
| | K. | Corporate Knowledge………………………………………… | 26 |
| | L. | Synan's Credibility Problem………………………………… | 28 |
| | M. | Synan's Involvement in the Termination Decision………… | 29 |
| | N. | Plaintiff's Evidence Refuting Charges of Poor Job Performance is Admissible Evidence………………………… | 29 |
| | O. | Defendant's Practice of Reviewing Performance Reviews Prior to Termination…………………………………….. | 30 |
| V. | CONCLUSION……………………………………………………………. | | 30 |

## TABLE OF AUTHORITIES

**Alston v. New York City Transit Auth.**,
14 F.Supp.2d 308, 311 (S.D.N.Y.1998)……………………………………………..   26

**Anderson v. Liberty Lobby, Inc.**,
477 U.S. 242, 250 (1986)………………………………………………………………   17

**de la Cruz v. N.Y.C. Human Res. Admin. Dep't of Soc. Servs.**,
82 F.3d 16, 20 (2d Cir. 1996)…………………………………………………………   21

**Donnelly v. Greenburgh Cent. Sch. Dist. No. 7**,
691 F.3d 134, 152 (2d Cir.2012)………………………………………………………   24

**Fitzgerald v. Henderson**,
251 F.3d 345, 367 (2d Cir. 2001)……………………………………………………..   29

**Gallo, 507 F.Supp.2d at 172**……………………………………………………………   22

**Gallo v. Prudential Residential Servs., Ltd. P'ship**,
22 F.3d 1219, 1224 (2d Cir. 1994)……………………………………………………   22

**Gordon v. New York City Bd. of Educ.**,
232 F.3d 111, 116 (2d.Cir.2000)………………………………………………………   26

**Grant v. Bethlehem Steel Corp.**
635 F.2d 1007, 1014 (2d Cir. 1980)……………………………………………………   19

**Hayes v. N.Y. City Dep't of Corr.**,
84 F.3d 614, 619 (2d Cir.1996)………………………………………………………   29

**James v. N.Y. Racing Ass'n**,
233 F.3d 149, 157 (2d Cir.2000)………………………………………………………   19

**McDonnell Douglas Corp. v. Green**,
411 U.S. at 802 n.13, 93 S.Ct. at 1824 n.13 (1973)………………………………...   19

**Meiri v. Dacon**,
759 F.2d 989, 997 (2d Cir.1985)………………………………………………………   22

**Morrison v. Booth**,
763 F.2d 1366, 1374 (11th Cir.1985)…………………………………………………   21

**Offor v. Mercy Medical Center**,
 676 Fed.Appx. 51, 54 (2d Cir.2017)……………………………….…………………   17

**Ortiz v. Werner Enterprises, Inc.,**
834 F.3d 760, 765 (7th Cir. 2016)………………………………………………… 18

**Porter v. N.Y. Univ. Sch. of Law,**
392 F.3d 530, 531 (2d Cir. 2004)………………………………………………… 17

**Potenza v. City of N.Y.,**
 365 F.3d 165, 168 (2d Cir. 2004)……………………………………………….. 18

**Quaratino v. Tiffany & Co.,**
71 F.3d 58, 64 (2d Cir. 1995)……………………………………………………... 21

**Reed v. A.W. Lawrence & Co., Inc.,**
 95 F.3d 1170, 1178 (2d Cir.1996)……………………………………………….. 26

**Reeves v. Sansderson Plumbing Prods., Inc.,**
530 U.S. 133, 143 (2000)…………………………………………………………. 22

**Rule v. Brine, Inc.,**
85 F.3d 1002, 1011 (2d Cir.1996)………………………………………………… 28

**Sir Speedy, Inc. v. L&P Graphics, Inc.,**
957 F.2d 1033, 1039 (2d Cir. 1992) …………………………………………….. 17

**Smith v. Lockheed-Martin Corp.,**
644 F.3d 1321, 1328 (11th Cir. 2011)…………………………………………….. 17

**Stratton v. Dep't for the Aging for N.Y.C.,**
 132 F.3d 869, 879 (2d Cir.1997)…………………………………………………… 22

**Tex. Dep't of Cmty. Affairs v. Burdine,**
450 U.S. 248, 253 (1981)………………………………………………………… 21, 22

**United States v. Rem,**
38 F.3d 634, 644 (2d Cir.1994)…………………………………………………… 29

**Clarke v. 1 Emerson Drive N. Operations, LLC,**
 2015 WL 3453388 *3 (D. Conn. May 28, 2015)………………………………… 29, 30

**193 Terry v. Cnty. of Cayuga,**
**No. 5:11–CV–1296, 2013 WL 5464395, at \*5 (N.D.N.Y. Sept. 30,**
**2013)**……………………………………………………………………………  25

**Knox v. Cnty. of Putnam**, No. 10 CIV. 1671 ER, 2012 WL 4462011, at \*5
**(S.D.N.Y. Sept. 27, 2012)**………………………………………………………  29