# EXHIBIT P2



**Northeast Utilities**

# 2012 Performance Review

**Instructions:** Employees should complete their self-assessment of performance against any formal or informal goals, objectives, projects, or functional responsibilities and the expected behavioral competencies/leadership behaviors. This form, the PTMS form currently used by NU Legacy, or the NSTAR Legacy performance form should be returned to their manager who will then add their own assessment, apply a rating, and have a performance discussion with the employee. The form should then be signed by both the manager and the employee and returned to Joan Sala, Berlin-BMWG (for NU Legacy) or Kollina Pezza Westwood, SE1A (for NSTAR Legacy). Additional objectives may be added to the Business Results section by either the manager or the employee. Contact your HR Business Partner with any questions.

*Ratings and Behavioral Competencies/Leadership Behaviors are described below the review form.*

| Section A: Employee Information ||||| 
|---|---|---|---|---|
| Employee Name | Title | Department | Manager | Date |
| Anne Majocha | HR Consultant | Human Resources | Michael Synan | 1/6/13 |

| Section B: Business Results – Financial, Operational, Customer, Other ||
|---|---|
| Describe work/goal/project etc. | Performance Summary – (Employee self-assessment) |
| 1. Transfer to Financial Analyst Role | Employee: Converting to new role in Human Resources. Modifying current practices to achieve synergies, accuracy and speed. Streamline VEBA account information. Increasing knowledge of new versions of MSExcel™ and MSWord™. |
| | Manager:      Rating: |
| 2. | Employee: |
| | Manager:      Rating: |
| 3. | Employee: |
| | Manager:      Rating: |
| 4. | Employee: |
| | Manager:      Rating: |

| Section C: Behavioral Competencies/Leadership Behaviors (see descriptions below) ||
|---|---|
| NU Competencies | Performance Summary – (Employee self-assessment) |
| Teamwork/Leading Teams<br>Adaptability/Leading Change<br>Ownership & Accountability<br>Productive Relationships<br>Living the Values<br><br>Establishing Strategy (for Directors only)<br>Building Organization & Talent (for Directors only) | Employee:<br>**Teamwork/Leading Teams** - Looks for Ways toAchieve Team Goals, Communicates Openlywith Team, Keeps Commitments toTeam, Seeks to ContinuouslyLearn New Skills andGain New, UsefulKnowledge. Graduated from UConn School of Business.<br><br>**Adaptability/Leading Change** – Actively SeeksInformation, Looks forOpportunities forGrowth, Modifies Behavior toNew WorkEnvironments, Goes Above andBeyond.<br><br>**Ownership & Accountability** - Productive Relationships,Uses AppropriateInterpersonal Styles, Develops Own Ideasand Others' Ideas, Builds Agreement<br><br>**Living the Values** –Sets and Achieves Highstandards of EthicalConduct, Adheres to all |

ES 3054


| | Policies, Procedures, Laws and Regulations, Demonstrates High-Value CustomerService, Treats All People with Respect and Fairness | |
|---|---|---|
| | **Manager:**<br>Teamwork/Leading Teams-<br><br>Adaptability/Leading Change-<br><br>Ownership & Accountability- | Rating: |
| | Productive Relationships-<br><br>Living the Values- | |
| **NSTAR Leadership Behaviors** | Performance Summary – (Employee self-assessment) | |
| Trust & Respect<br>Leading Change<br>Ownership & Accountability | Employee: | |
| | Manager: | Rating: |

| Section D: Employee Comments |
|---|
| 2012 was certainly a year for change. I'm looking forward to improving my budget performance, streamlining the VEBA and billing processes. |

| Section E: Manager Comments |
|---|
| I Have been Anne's manager a sort time, since the merger of NU and NSTAR and subsequent reorg that occurred in September 2012.<br>Anne's new responsibilities will be heavily focused on payment of benefit related bills, budgeting and reporting and requests related to both items. These are extremely important functions due to the need to pay bills timely, from the correct asset bucket and track. In this role Anne will also need to build and maintain strong relationships with her internal peers and in accounting/budgeting/treasury and with contacts at NU's many external benefit vendors. Annie has approached her new role with great enthusiasm and I am sure she has the ability and aptitude to do the job well. I would encourage Anne to take the time to listen carefully to her co-workers ideas and thoughts and to not overcomplicate processes – keep it simple! Anne has expressed interest in learning more abot the various benefit plans and will have the opportunity to grow that knowledge in her new role. Teamwork will be the key to knowledge growth and success in Anne's new role.<br><br>Also, I would like to thank Anne for jumping in to help the team as we experienced a very hectic post-open enrollment period. |

Successful Contributor or

**ES 3055**



# 2012 Performance Review

**Overall Rating** | Developing |

**Signatures:**

| Employee: *[signature]* <br> Date: 2/22/2013 | Manager: *Michael P [signature]* <br> Date: 2/22/13 |

ES 3056

 Northeast Utilities

# 2012 Performance Review

**Ratings:**
*Use the rating definitions for the organization the employee worked in during the majority of the 2012 year.*

### NU Legacy Ratings:

| Rating | Description |
|---|---|
| (T) Top Achiever | Routinely exceeds expectations; is self-directed, expertly skilled, and a role model. |
| (H) High Contributor | Frequently exceeds expectations; demonstrates high level skills, initiative, and productivity. |
| (S) Successful Contributor or Developing | Routinely meets expectations and may occasionally exceed expectations – OR – is developing (performance satisfactory based on time in position.) |
| (I) Improvement Needed to be a Successful Contributor | Results approach requirements but do not fully meet expectations; some improvement is needed. |
| (D) Did Not Meet Performance Expectations | Results do not approach requirements and are below expectations; sustained improvement is required. |

### NStar Legacy Ratings:

| Rating | Description |
|---|---|
| (E) Exceeded Expectations Completed 100%+ of goals | Consistently exceeded expectations; demonstrated leadership behaviors at all times. |
| (A) Achieved Expectations Completed 100% of goals | Achieved all expectations and occasionally exceeded expectations; consistently demonstrated leadership behaviors. |
| (P) Partially Achieved Expectations Completed at least 50% goals | Met some or most expectations; acceptable demonstration of leadership behaviors. This may include employees who are new or still learning in their roles. |
| (N) Needs Improvement | Performance did not meet minimum expectations or requirements of job. Improved performance is required for continuation in this position. |

**Behavioral Competencies/Leadership Behaviors:**
*Use the competency definitions for the organization the employee worked in during the majority of the 2012 year.*

### NU Legacy Competencies:

| Competency | Description |
|---|---|
| 1. Teamwork/Leading Teams | • Actively participating as a member of a team to move toward the completion of goals.<br>• Using appropriate methods and a flexible interpersonal style to help build a cohesive team; facilitating the completion of team goals. |
| 2. Adaptability/Leading Change | • Adjusting effectively during major changes in work tasks or the work environment.<br>• Facilitating the implementation and acceptance of change within the workplace. |
| 3. Ownership & Accountability | • Setting high standards; assuming responsibility for results & successful completion of tasks.<br>• Creating ownership and encouraging individuals/teams to stretch for high goals. |
| 4. Productive Relationships | • Developing/using collaborative relationships to facilitate the accomplishment of work goals. |
| 5. Living the Values | • Acting in a way that demonstrates a commitment to and an expectation that others will adhere to both the letter and the spirit of NU's Core Values. |
| 6. Establishing Strategies (Directors) | • Creating/driving long-range goal/vision to address business needs, improvements, growth. |
| 7. Building Organization & Talent (Directors) | • Attracting, developing, identifying, and retaining talent. Creating environment where employees reach their highest potential. |

### NStar Legacy Leadership Behaviors:

| Competency | Description |
|---|---|
| 1. Ownership & Accountability | • Identifies and assumes responsibility individually and in collaboration with others. |
| 2. Change Leadership | • Makes adjustments to accommodate changing situations and responds effectively to new demands or circumstances. Challenges the status quo, takes required action and provides clarity during change. |
| 3. Trust and Respect | • Exhibits and fosters honesty, fairness, and integrity with all co-workers, customers, vendors, and community contacts in every business engagement. |

ES 3057